THE CITY OF NEW YORK, Appellant and Respondent, *v.* CONSOLIDATED TELEGRAPH AND ELECTRICAL SUBWAY COMPANY, Respondent and Appellant.

(Submitted May 29, 1922; decided June 6, 1922.)

Motion to amend remittitur granted, without costs, return of remittitur requested and same ordered to be amended by striking out provision awarding costs. (See 233 N. Y. 574.)

---

In the Matter of Proving the Will of HELEN ALVORD, Deceased.

EARL B. ALVORD, Appellant; THOMAS F. ANDERSON, Respondent.

*Will — probate — objections of mental incapacity and undue influence.*

*Matter of Alvord (Will),* 198 App. Div. 964, affirmed..

(Argued May 29, 1922; decided June 13, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 18, 1921, which affirmed a decree of the Onondaga County Surrogate's Court admitting to probate the will of Helen Alvord, deceased, after findings by a jury that the testatrix was of sound mind and free from undue influence at the time of making her will.

*Leroy B. Williams* for appellant.
*Stewart F. Hancock* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not voting: HOGAN, J.